UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ELIANA SALZHAUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE COCA-COLA COMPANY, and FAIRLIFE, LLC,<br><br>Defendants. | Case No. 1:19-cv-02709<br><br>U.S. District Judge Mark H. Cohen |

**DEFENDANTS THE COCA-COLA COMPANY AND FAIRLIFE, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants The Coca-Cola Company ("Coca-Cola") and fairlife, LLC ("fairlife") (collectively, "Defendants") hereby move the Court for an extension of time to answer or respond to Plaintiff's Class Action Complaint. In support of this motion, Defendants state:

1. Plaintiff filed her Class Action Complaint June 13, 2019. *See* Dkt. 1.

2. Defendants have been served with Plaintiffs' Class Action Complaint.

3. On June 21, 2019, Plaintiff filed a motion requesting that the Judicial Panel on Multidistrict Litigation ("JPML") consolidate this action with other federal actions involving similar allegations pursuant to 28 U.S.C. § 1407 for coordinated

or consolidated pretrial proceedings.[1]  *See In re fairlife Milk Products Marketing and Sales Practices Litigation*, No. 2909 (J.P.M.L. 2019), Dkt. 1.  Plaintiff seeks transfer of all the other actions to the Northern District of Georgia.

4. Defendants and parties in these other actions filed responses to Plaintiff's motion to transfer on July 15, 2019.  *See id.*, Dkts. 1, 18-20.

5. Defendants' answers or other responsive pleadings in this case currently are due on or before July 22, 2019 (fairlife) and July 24, 2019 (Coca-Cola).  Fed. R. Civ. P. 12.

6. This Court may extend the time for Defendants to file their responsive pleadings for good cause.  Fed. R. Civ. P. 6(b)(1)(A).  Good cause exists to extend the deadline in this case because the additional time will allow the JPML to decide whether to consolidate and, if so, where to transfer these related cases.

7. Accordingly, Defendants request that the Court extend the time for them to respond to Plaintiff's Class Action Complaint and allow them to file responsive pleadings no later than 45 days after the decision by the JPML regarding transfer and consolidation of this case and the other federal cases involving the

---

[1] Currently, those cases are: *Alain Michael v. Fairlife, LLC, Mike McCloskey, and Sue McCloskey*, No. 19-cv-03924 (N.D. Ill.); *Andrew Schwartz and Alice Vitiello v. Fairlife, LLC*, No. 19-cv-03929 (N.D. Ill.); and *Mohammad Sabeehullah and Nabil Khan v. Fairlife, LLC, and Mike McCloskey, and Sue McCloskey*, No. 19-cv-00222 (N.D. Ind.)

allegations set forth in Plaintiff's Class Action Complaint.  If Coca-Cola or fairlife is obligated to file a responsive pleading in any other federal case involving the allegations set forth in Plaintiff's Class Action Complaint before that time, then Defendants shall file responsive pleadings in this case on the same day.

8. None of the parties will be prejudiced if the requested extension is granted; nor will any substantial delay result.

9. Defendants have conferred with Plaintiff regarding the requested extension and Plaintiff consents to this request.

10. Defendants have attached a proposed order for the Court's consideration.

Respectfully submitted this 17th day of July, 2019.

/s/ Jeffrey S. Cashdan
Jeffrey S. Cashdan
Georgia Bar No. 115775
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, Georgia 30309
Tel.: (404) 572-4687
Fax: (404) 572-5140
jcashdan@kslaw.com

*Counsel for The Coca-Cola Company*

*/s/ Ronald T. Coleman*
Georgia Bar No. 177655
**PARKER, HUDSON, RAINER & DOBBS LLP**
303 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30308
Tel.: (404) 523-5300
Fax: (404) 522-8409
rcoleman@phrd.com

*Counsel for fairlife, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically serve notice of electronic filing to all counsel of record.

*/s/ Jeffrey S. Cashdan*
Jeffrey S. Cashdan
