UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ELIANA SALZHAUER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE COCA-COLA COMPANY, and FAIRLIFE, LLC, <br><br> Defendants. | Case No. 1:19-cv-02709 <br><br> U.S. District Judge Mark H. Cohen |

## [██████████] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

This cause is before the Court on Defendants The Coca-Cola Company and fairlife, LLC's (collectively, "Defendants") Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint ("Motion"). Having considered the Motion and for good cause shown, IT IS HEREBY ORDERED as follows:

1. Defendants, having been served with Plaintiff's Class Action Complaint, shall file responsive pleadings to Plaintiff's Class Action Complaint no later than 45 days after the decision by the Judicial Panel on Multidistrict Litigation

regarding transfer and consolidation of this case and the other federal cases involving the allegations set forth in Plaintiff's Class Action Complaint.

2. If Coca-Cola or fairlife is obligated to file a responsive pleading in any other federal case involving the allegations set forth in Plaintiff's Class Action Complaint before that time, then that Defendant shall file a responsive pleading in this case on the same day.

SO ORDERED, this 17th day of July, 2019

_____
Honorable Mark H. Cohen
United States District Judge